# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES BORAVIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>STAR SCIENTIFIC, INC. AND JONNIE R. WILLIAMS<br><br><br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:13-cv-10695-DJC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## FED. R. CIV. P. 7.1 / L.R. 7.3 DISLCOSURE OF
## DEFENDANT STAR SCIENTIFIC, INC.

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.3, Defendant Star Scientific, Inc. ("Star Scientific") hereby discloses as follows:

Star Scientific is a publicly traded company. Star Scientific has no parent (corporate or otherwise). Tradewinds Investment Management, LP and certain investment funds it advises collectively have reported ownership of 13% of Star Scientific stock, but Star Scientific understands that these entities are not publicly held. There is no other publicly held entity (corporate or otherwise) that owns 10% or more of the stock of Star Scientific.

Dated: May 9, 2013                                  Respectfully submitted:

                                                        STAR SCIENTIFIC, INC.

                                                        /s/ Gregory R. Youman
                                                        Gregory R. Youman (BBO # 648721)
                                                        K&L GATES LLP
                                                        State Street Financial Center
                                                        One Lincoln Street
                                                        Boston, MA 02111-2950
                                                        Telephone: (617) 261-3160
                                                        Facsimile: (617) 261-3175
                                                        Email: gregory.youman@klgates.com

                                                        Charles Lee Eisen, *Pro Hac Vice Forthcoming*
                                                        Nicholas G. Terris, *Pro Hac Vice Forthcoming*
                                                        Amy J. Eldridge, *Pro Hac Vice Forthcoming*
                                                        K&L GATES LLP
                                                        1601 K Street, N.W.
                                                        Washington, D.C.  20006-1600
                                                        Telephone:  (202) 778-9000
                                                        Facsimile:   (202) 778-9100
                                                        Email: Charles.Eisen@klgates.com
                                                        Email: Nicholas.Terris@klgates.com
                                                        Email: Amy.Eldridge@klgates.com

## CERTIFICATE OF SERVICE

     I, Gregory R. Youman, certify that a true copy of the foregoing document, filed through the Court's ECF system, will be served upon the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this 9th day of May 2013.

                                                        /s/ Gregory R. Youman
                                                        Gregory R. Youman